## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

JANEK JOHN PAWLIK,

           Plaintiff,

    v.

AMC ENTERTAINMENT HOLDINGS, INC.,

           Defendant.

Case No. 3:18-CV-01301

Judge Aleta A. Trauger

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1), Plaintiff, Janek John Pawlik, and Defendant, AMC Entertainment Holdings, Inc., hereby stipulate that the above captioned action is voluntarily dismissed with prejudice against Defendant AMC Entertainment Holdings, Inc.

Respectfully submitted on this 8th day of April, 2019.

*s/ Janek John Pawlik*
Janek John Pawlik
1400 Marrimans Court
Franklin, Tennessee 37067

*Pro Se Plaintiff*

*s/ Alexander J. Passantino*
Alexander J. Passantino
TN BPR 018837
SEYFARTH SHAW LLP
975 F Street, N.W.
Washington, C 20004
Telephone: (202) 828-3595
Facsimile: (202) 641-9206
apassantino@seyfarth.com

*Attorneys for Defendant*

55402614v.2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of April, 2019, I filed the foregoing Joint Stipulation of Dismissal with Prejudice using the CM/ECF system, which will automatically e-mail notification of such filing to all attorneys of record.  The foregoing was also served via U.S. mail to Plaintiff at the following address:

> Janek John Pawlik
> 1400 Marrimans Court
> Franklin, Tennessee 37067

*s/ Alexander J. Passantino*
Alexander J. Passantino
